1
2
3
4           UNITED STATES DISTRICT COURT
5             DISTRICT OF NEVADA
6                   * * *
7   UNITED STATES OF AMERICA,            Case No. 2:14-mj-0079-PAL
8                        Plaintiff,              **ORDER**
9       v.                                (Mot Quash BW – Dkt. #3)
    OCTAVIO MARROQUIN-VELIZ,
10
                         Defendant.
11

12       Before the court is the Motion to Quash Warrants (Dkt. #3).

13       **IT IS ORDERED** that Motion to Quash Warrants (Dkt. #3) is **GRANTED**, and the

14   bench warrant is **QUASHED**.

15       **IT IS FURTHER ORDERED** that Defendant's initial appearance dates is scheduled for

16   **Tuesday, June 24, 2014, at 8:30 a.m., in Courtroom 3B.**

17       DATED this 29th day of April, 2014.

18

19
                                         _____
20                                       PEGGY A. LEEN
                                         UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26

27

28

                                         1