IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>V.<br><br>OCTAVIO MARROQUIN-VELIZ,<br>Defendant. | Case No. 2:14-mj-0079-PAL<br><br>**WAIVER OF APPEARANCE FOR ARRAIGNMENT** (BY DEFENDANT CHARGED BY MISDEMEANOR INFORMATION) |

I, Octavio Marroquin-Veliz, am charged by the United States Magistrate with offenses under the United States Code.

I have received a copy of the misdemeanor information and the plea is NOT GUILTY to the charged offenses.

I am aware that I have the right under Rule 10 of the Federal Rules of Criminal Procedure to be present in the court for my arraignment. I waive my right to appear in court at my arraignment.

06/30/14
Date

_[signature]_
Defendant     (Original Signature)

6/26/14
Date

_[signature]_
Counsel for Defendant

(X) Waiver Approved
( ) Waiver Denied

July 3, 2014
Date

_[signature]_
Judicial Officer